CHARLES R. JOHNSON, Appellant, *v.* THE UNION SWITCH AND SIGNAL COMPANY, Respondent. */32-564*

(Argued October 16, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 4, 1891, which overruled plaintiff's exceptions, denied his motion for a new trial and directed judgment for defendant upon the order of the trial court dismissing the complaint.

This action was brought upon a contract whereby plaintiff became defendant's manager at an increased salary, and gave them an exclusive right to use several inventions of which he was the patentee.

The simple question presented was as to the interpretation of the contract.

The opinion is marked by the court not to be reported.

*George W. Miller* for appellant.

*John W. Houston* for respondent.

EARL, J., reads for affirmance; ANDREWS, FINCH and GRAY, JJ., concur.
O'BRIEN, J., reads for reversal; PECKHAM, J., concurs.
Judgment affirmed.